```
                    FILED            RECEIVED
                    ENTERED          SERVED ON
                              COUNSEL/PARTIES OF RECORD

                         MAY 15 2024

                    CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
                BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    PLAINTIFF,

v.

DAVON JOHNSON, and
IZAIAH FLOOD,

    DEFENDANT(S)

Case No.: 2:24-cr-0112-RFB-NJK

**Order Sealing Indictment**

Based on the government's oral motion and the authority provided by Federal Rule of Criminal Procedure 6(e)(4) and Local Rule IA 10-5, THE COURT HEREBY FINDS AND ORDERS that the indictment in this case and all related documents must be kept under seal until further order of the court.

IT IS FURTHER ORDERED THAT the Clerk's Office for the United States District Court for the District of Nevada must release the sealed indictment to the CJA Panel Resource Attorney, who may use the information in the sealed indictment for the sole purpose of securing defense counsel in a timely manner.

IT IS FURTHER ORDERED THAT, on the day of the arrest of the first defendant in this case, the CJA Resource Attorney may provide defense counsel a copy of the sealed indictment.

Dated: May 15, 2024

_____
UNITED STATES MAGISTRATE JUDGE