**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>IZAIAH FLOOD, et al.,<br><br>    Defendants. | Case No.: 2:24-cr-00112-RFB-NJK<br><br>**SEALED ORDER**<br>(Docket Nos. 6, 7) |

On June 12, 2024, the United States filed petitions for a writ of habeas corpus ad prosequendum as to Defendants Izaiah Flood and Davon Johnson. Docket Nos. 6, 7. In both petitions, the United States asks for the defendant to be produced "before the United States Magistrate Court…" Docket No. 6 at 1, Docket No. 7 at 1.

There is, however, "no such thing" as Magistrate Court "in our current federal system. Magistrate Judges are judges of the District Court." Hon. Lisa Margaret Smith, *Top 10 Things You Probably Never Knew About Magistrate Judges*, FED. LAW., May-June 2014, at 36, 38.

Accordingly, the petitions are **DENIED** without prejudice. Docket Nos. 6, 7. The Clerk's Office is **INSTRUCTED** to serve this sealed order on AUSA Jean Ripley.

IT IS SO ORDERED.

DATED: June 13, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE