JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**\* \* \***

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case no: 2:24-cr-112-RFB-NJK |
| Plaintiff, | |
| v. | |
| IZAIAH FLOOD, | |
| Defendant. | |

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant IZAIAH FLOOD and BRENNA BUSH, Assistant United States Attorney, that hearing currently scheduled for December 12, 2025, be vacated and reset to a date and time convenient to the court but approximately (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and they have no objection to the continuance.

-1-

3. The United States Probation Office reached out and asked if they could have additional time to complete the Pre-Sentence Report.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Hearing until a date and time convenient to the court, but not sooner than sixty (60) days.

This is the first request for continuance filed herein.

DATED: November 14, 2025,

  /S/Jess R. Marchese                                 /S/ Brenna Bush
JESS R MARCHESE, ESQ.                    BRENNA BUSH, ESQ.
601 S. Rancho Dr. B-14                        Assistant United States Attorney
Las Vegas, Nevada 89106                    501 LV Blvd. South. #1100
Attorney for Defendant                        Las Vegas, Nevada 89101

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case no: 2:24-cr-112-RFB-NJK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| IZAIAH FLOOD, | ) | |
| | ) | |
| Defendant. | ) | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and they have no objection to the continuance.

3. The United States Probation Office reached out and asked if they could have additional time to complete the Pre-Sentence Report.

-3-

4.  For all the above-stated reasons, the ends of justice would best be served by a continuance of the Hearing until a date and time convenient to the court, but not sooner than sixty (60) days.

This is the first request for continuance filed herein.

## ORDER

IT IS HEREBY ORDERED that the Hearing currently scheduled for December 12, 2025,, be continued to February 17, 2026 at 9:15 a.m.

DATED this 17th day of November, 2025

_____
U.S. DISTRICT JUDGE